IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **RUBEN GUZMAN-HERNANDEZ,** ) <br> ) <br> ) <br> **Defendant.** ) | **CASE NO. 8:04CR123** <br><br><br><br> **ORDER** |

This matter comes on to consider the government's motion for reduction of sentence pursuant to Rule 35(b) and request for hearing, Filing No. 49. Having considered the matter,

IT IS ORDERED that:

1. The government's request for hearing, Filing No. 49, is granted.

2. A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) has been set before the undersigned United States district judge on **September 24, 2007 at 1:30 p.m.** in Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. **The Court request the Bureau of Prisons to provide Chambers with a telephone number at which the defendant may be reached for the hearing. Chamber can be reached by calling (402) 661-7323.**

Dated this 19th day of September, 2007.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge